J. M. HOCKERSMITH, MAYOR, ETC., v. R. B. LONG ET ALS.

(No. 581, Op. Book No. 2, p. 667.)

APPEAL from Smith County. Opinion by WHITE, P. J.

§ 554. *Injunction; jurisdiction of county court.* Suit was by injunction to restrain the collection of $65.25 claimed to be due the city of Tyler, the collection of which the city was endeavoring to enforce. A motion to dissolve the injunction, because the amount in controversy would not sustain the jurisdiction, was overruled and the injunction perpetuated. *Held* error.

December 15, 1880.            Reversed and dismissed.

---

J. A. GRESHAM ET AL. v. STEEL, FURRH & CO.

(No. 504, Op. Book No. 2, p. 667.)

APPEAL from Harrison County. Opinion by HURT, J.

§ 555. *Suit against heirs upon a debt due from the estate.* In a suit against the heirs of a deceased party to recover a debt due from his estate, to establish their liability, it was necessary to show that they received the estate either during the life or after the death of the ancestor and subsequent to the execution of the notes.

December 18, 1880.            Reversed and remanded.